UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CORINE MANUEL,

    Plaintiff,

v.                                                          Case No. 6:19-cv-346-Orl-37LRH

SANTANDER CONSUMER USA, INC.,

    Defendant.
_____

## ORDER

Plaintiff initiated this action on February 21, 2019, alleging Defendant violated the Telephone Consumer Protection Act and Florida Consumer Collection Practices Act. (*See* Doc. 1.) Now, the parties jointly move the Court to refer the matter to arbitration and stay the proceedings pending arbitration as Plaintiff's claims fall under the terms of the parties' arbitration agreement. (*See* Doc. 15, pp. 1–10 ("**Motion**"); *id.* at 11–12 (arbitration agreement).) Upon consideration, the Motion is due to be granted.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The parties' Joint Motion to Arbitrate and Memorandum of Law (Doc. 15) is **GRANTED**.

2. This action is **STAYED** pending arbitration.

3. The parties are **DIRECTED** to provide a status report to the Court on Monday, **July 1, 2019,** and every ninety (90) days thereafter. The parties must also immediately notify the Court upon conclusion of the arbitration

-1-

-2-

proceedings.

4. The Clerk is **DIRECTED** to administratively close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on April 2, 2019.



ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record